COURT OF APPEALS, FIRST DISTRICT

301 FANNIN STREET

HOUSTON, TX. 77002-2066

JAN-' -2015
FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 28 2015

CHRISTOPHER A. PRINE

CLERK

Christopher A. Prine, Clerk of the court.

PLEASE BE ADVISED THAT I AM RESPONDING TO YOUR LETTERS BOTH DATED [JAN 13, 2015 FOR CONVICTION NO. [1399946 TRIAL COURT CASE NO.] [01-15-00021-CR COURT OF APPEALS NO.] [1407828 TRIAL COURT CASE NO.] [01-15-00022-CR COURT OF APPEALS NO]

THERE FORE I RESPECTFULLY ASK THE FOLLOWING QUESTIONS DO TO THE FACT I AM PRO-SE:

① AM I GIVEN PREMISSION TO APPEAL THESE CONVICTION #'s?

② WILL I BE APPOINTED COUNSEL?

③ WILL I BE GRANTED AN OUT OF TIME APPEAL IF LATE?

What's REQUIRED FROM ME RIGHT NOW?

Respectfully Submitted

Obed J. Rodriquez #1948981

2101 FM 369 N (4F 4B)

IOWA PARK, TX. 76367

Obed Rodriguez #1948981
2101 FM 369 N (4F4B)
Iowa Park, TX. 76367

*Legal Mail*

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 28 2015

CHRISTOPHER A. PRINE
CLERK

7700 2206 699



NORTH TEXAS TX PRDC
DALLAS TX 753
23 JAN 2015 PM 11 L

Christopher A. Prine
Clerk of the Court.
Court of Appeals, First District
301 Fannin Street
Houston, TX. 77002-2066